THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ANTONIO CASTRO SOTO; and MARIA VALENTINA MARIN LOPEZ,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER GRANTING MOTION TO STRIKE TRIAL DATES AND SET CHANGE OF PLEA HEARING**<br><br>Case No. 4:21-cr-00036-DN<br><br>District Judge David Nuffer |

Based on Defendant Jesus Antonio Castro Soto's ("Soto") Motion to Strike Trial Date and Set Change of Plea Hearing ("Motion")[1] and good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED. The jury trial scheduled to begin June 22, 2021, is STRICKEN and all corresponding trial dates[2] are vacated. Soto's case shall be set for a change of plea hearing before Magistrate Judge Paul Kohler.

AS TO CODEFENDANT MARIA VALENTINA MARIN LOPEZ ("Lopez"), the trial and related dates are also stricken. However, a status conference shall be set to discuss Lopez's trial date.

General Order 21-003 placed the court in Phase II of the phased reopening plan effective April 1, 2021. It also ordered the very limited resumption of criminal trials effective April 29, 2021. Criminal cases awaiting trial are being triaged based on numerous factors and scheduled for trial in the special proceedings courtroom in Salt Lake City for the foreseeable future. It is

---

[1] Docket no. 29, filed Jun. 4, 2021.

[2] Trial Order, docket no. 24, filed May 24, 2021.

also possible to hold single defendant criminal trials in St. George but the trials must be prioritized according to custodial status of the defendant and age of the case. Time under the Speedy Trial Act for all criminal cases, including this case, has been excluded from March 16, 2020, through June 30, 2021, based on the "ends of justice" due to issues relating to the coronavirus outbreak in Utah and nationwide. But even then, only one trial at a time can be held.

**It is imperative that counsel not hold trial dates that will not be used for a trial. Counsel must consult with their clients and witnesses and keep the court informed.**

Signed June 7, 2021.

BY THE COURT

_____
David Nuffer
United States District Judge